**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Pedro FUENTES–DIAZ, Defendant–**
**Appellant.**

No. 06–40750

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Albert Garcia, Texas Department of Criminal Justice Willacy County Detention Center, Raymondville, TX, Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Pedro Fuentes–Diaz appeals from his conviction of conspiracy to possess marijuana with intent to distribute. He contends that his 75–month sentence was unreasonable.

Fuentes–Diaz was sentenced within the applicable guideline sentencing range, and his sentence is presumptively reasonable. *See United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). Fuentes–Diaz presented no argument in the district court in mitigation of sentence. Moreover, the district court adequately explained its reasoning for the sentence it imposed. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007). Fuentes–Diaz has not rebutted the presumption of reasonableness applicable to his within-guidelines sentence, and the district court did not abuse its discretion in imposing Fuentes–Diaz's sentence. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.